# U.S. District Court for the Eastern District of Pa.

Gerald Edwards

V.

Michael Gonzale

Megn Usenitza

Edwards Mower

James Gallen

Dobert Kilchrist

USPS

___

## Complaint

(property damage)

Gerald Edwards am filing for damage of 10 packages of honeybees that i did not received from the USPS Langhorne Post office 19047.

Gerald Edwards

*/s/ Gerald Edwards*

1659 Ramble Road

Langhorne Pa. 19047

11/12/25

1

## Brief for lost of Bees

I Gerald Edwards am filing this complaint for lost of 10 packages of honeybees that was ship on the 4/19/25 as stated at Ex.1and the email sent to me as marked as deliverer on 5/7/25 as i did not received.As one knows bees can only last about 5 days on the road.So some where along the way they got lost.As i contacted the Langhorne Post Office as they said they would get back to me but never did.The post master is Michael Gonzale and the supervisor are Megn Usenitza,Edward Mower,James Gallen,& Robert Kilchrist.So i filed a standard form 95 (sf95 gov.from an filed it along with a tort letter to the USPS national Tort Center at St. Louis Mo.See Ex. 3a-c.As i never got a response back from them.So as a result of this i have been harm.

Gerald Edwards

*Gerald Edwards*  11/13/25

1659 Ramble Road

Langhorne Pa. 19047

Email holtlarry80@yahoo.com

1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

1. Submit to Appropriate Federal Agency:
USPS NATIONAL TORT CENTER
1720 MARKET ST   RM 2400
ST. LOUIS, MO. 63155-9948

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.
GERALD EDWARDS
1659 RAMBLE RD.
LANGHORNE PA 19047

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☑ CIVILIAN | 11/02/1944 | NONE | 5/7/25 | |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

LANGHRNE WOULD NOT DELIVER 10 PACKAGES OF HONEY AS I WAS ON THE PHONE TO THEM AND HAD NO RESPONSE.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
GERALD EDWARDS 1659 RAMBLE RD. LANGHORNE PA. 1904

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).
10 PACKAGES OF BEES, LIVE, NOT DELIVERED.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.
10 PACKAGES OF LIVE HONEY BEES

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $ 2,225.47 | | | I PAID FOR THE SHIPM |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Gerald Edwards | 267 309 7587 HOLTLARRY80@YAHOO.COM | 5/8/25 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001). |

EX 3. A.

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes  If yes, give name and address of Insurance company (Number, Street, City, State, and Zip Code) and policy number. ☑ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☑ No | 17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☑ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (02/2007) BACK

EX. 2B

LII > Electronic Code of Federal Regulations (e-CFR)
> Title 39—Postal Service
> CHAPTER I—UNITED STATES POSTAL SERVICE
> SUBCHAPTER N—PROCEDURES Rules of Procedure Before the Office of General Counsel
> PART 912—PROCEDURES TO ADJUDICATE CLAIMS FOR PERSONAL INJURY OR PROPERTY DAMAGE ARISING OUT OF THE OPERATION OF THE U.S. POSTAL SERVICE
> § 912.4 Place of filing.

# 39 CFR § 912.4 - Place of filing.

CFR

### § 912.4 Place of filing.

Claims should be filed with the Tort Claims Coordinator for the Postal Service District Office where the accident occurred, but may be filed at any office of the Postal Service, or sent directly to the Chief Counsel, Torts, General Law Service Center, USPS National Tort Center, 1720 Market Street, Room 2400, St. Louis, MO 63155-9948.

[69 FR 52607, Aug. 27, 2004, as amended at 73 FR 75339, Dec. 11, 2008; 76 FR 52580, Aug. 23, 2011]

EX. 3.C.

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9434636208303287948209

Copy    Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

### Latest Update

Your item arrived at the LANGHORNE, PA 19047 post office at 5:44 pm on May 7, 2025 and is ready for pickup. Your item may be picked up at LANGHORNE, 980 WHEELER WAY, LANGHORNE, PA 190479998, M-F 0900-1730; SAT 0900-1400.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Available for Pickup

● **Available for Pickup**
LANGHORNE
980 WHEELER WAY
LANGHORNE PA 19047-9998
M-F 0900-1730; SAT 0900-1400
May 7, 2025, 5:44 pm

● **Out for Delivery**
LANGHORNE, PA 19047
May 7, 2025, 6:10 am

● **Arrived at Post Office**
LANGHORNE, PA 19047
May 6, 2025, 4:16 pm

● **In Transit to Next Facility**
May 4, 2025

● **Departed USPS Regional Facility**

Feedback

EX. 2.



**Mann Lake**
501 1st St S
Hackensack, MN 56452
800-880-7694
www.mannlaketd.com

**Sales Order**
SO1223978
2/1/2025
**Customer:** 810709 GERALD EDWARDS

**Bill To**
GERALD EDWARDS
1659 RAMBLE RD
LANGHORNE PA 19047
United States

**Ship To**
GERALD EDWARDS
1659 RAMBLE RD
LANGHORNE PA 19047
United States

**Comments**

| Terms | PO # | Sales Rep | Shipping Method | Total Weight |
|---|---|---|---|---|
| C CARD | 673164 | WEB001 | Standard | lbs |

| Quantity | Item | Description | Weight | Ext. Weight | Unit Price | Total Line Amount |
|---|---|---|---|---|---|---|
| 10 | **BE303 SHIP** PUREBRED RUSSIAN PACKAGE WITH QUEEN SHIPPED | Destination StatePennsylvaniaDelivery TypeShipped via USPSShip/Pickup Date4/19/2025NOTICE: I confirm that I have read and agree to the bee policy.I AGREEPreferred Contact MethodEmail | 5 | 50 | $209.95 | $2,099.50 |

|   |   |
|---|---|
| Subtotal | $2,099.50 |
| Discount |  |
| Tax Total (%) | $125.97 |
| Shipping | $0.00 |
| **Total** | **$2,225.47** |

Thank you for ordering with Mann Lake, the #1 supplier of beekeeping products and poultry supplies. We are the parent company to Stromberg's Chickens and Pierce Beekeeping. Your order has been received by our warehouse. We are currently shipping most product orders within 1-3 business days. Live animal or egg orders are excluded from this estimate. You will receive a shipping notification when your order has been processed. Please allow 1-4 business days for delivery after your order leaves our warehouse. We appreciate your business!



EX 8/1

## The Prayer

So i move the court to award me 2,225.47 dollars in damages at Ex. 1 and 2,225.47 in punitive damages as to there reckless handling of clearly mark packages of 10 packages of live honybees.

## Notice of service

I the under signed have noticed of the filing at the Langhorne Post office 19047

Michael Gonzale

Megn Usenitza

Edward Mower

James Gallen

Dobert Kilchrist

Gerald Edwards
*Gerald Edwards* (signature)

1659 Ramble Road

Langhorne Pa. 19047

11/12/25

Email holtlarry80@yahoo.com

Herald Edwards
1659 Ramble Rd.
Langhorne Pa. 19047

9589 0710 5270 2331 2901 19

Retail
NOV 14, 2025
19106
$11.87
RDC 99
S2324M504200-75

U.S. POSTAGE PAID
FCM LG ENV
LANGHORNE, PA 19047

RECEIVED NOV 17 2025

U.S. Dis court for Eastern Dis of Pa.
601 Market St.
Pchila. Pa. 19106-1790


